UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KNUDSON,

    Plaintiff,

v.                                                         Case No. 8:07-cv-1446-T-24 MAP

HIBISCUS-STICKNEY
DEVELOPMENT, LLC, ET AL.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on Defendant Hibiscus-Stickney Development, LLC.'s ("Stickney") Motion to Dismiss Complaint. (Doc. No. 9). Plaintiff opposes the motion. (Doc. No. 10).

Plaintiff filed suit against three defendants alleging that they were his employers and that they violated the Fair Labor Standards Act ("FLSA") by failing to pay him overtime. (Doc. No. 1). In response, Defendant Stickney filed a motion to dismiss, in which it argues that Plaintiff has failed to state a basis for the assertion that Stickney was his employer.

Plaintiff argues that he has adequately alleged a claim for a violation of the FLSA and that Stickney's motion is really an unsupported motion for summary judgment. Upon review of the complaint, the Court finds that Plaintiff has adequately alleged a claim for a violation of the FLSA, and if Stickney chooses, it can challenge the assertion that it was Plaintiff's employer in a motion for summary judgment.

Accordingly, it is ORDERED AND ADJUDGED that Stickney's Motion to Dismiss (Doc. No. 9) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of September, 2007.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record