UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KUDSON,

       Plaintiff,

v.                                                    Case No. 8:07-cv-1446-T-24 MAP

HIBISCUS-STICKNEY
DEVELOPMENT, LLC, ET AL.,

       Defendants.
_____/

## ORDER

This cause comes before the Court on Defendant Hibiscus-Stickney Development, LLC's ("Stickney") Motion for Summary Judgment. (Doc. No. 25). Plaintiff, proceeding pro se, has not filed a response in opposition, despite the Court warning Plaintiff that if he did not file a response to the motion by May 2, 2008, the Court would deem the motion to be unopposed. (Doc. No. 26). Accordingly, the Court deems the motion to be unopposed.

Plaintiff asserts a Fair Labor Standards Act claim against Stickney. In the instant motion, Stickney argues, and submits an affidavit in support, that it was not Plaintiff's employer, and as such, it should be granted summary judgment. Since Plaintiff has not responded with any evidence in support of his claim that Stickney was its employer, Stickney's motion must be granted.

Accordingly, it is ORDERED AND ADJUDGED that Defendant Hibiscus-Stickney Development, LLC's Motion for Summary Judgment (Doc. No. 25) is **GRANTED**. The Clerk is directed to enter judgment in favor of Hibiscus-Stickney Development, LLC and to close the case.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of May, 2008.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff